IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMMY K. BINFORD,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.

Civil No. 05-1307-BR

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $6385.50 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 27th day of October, 2006.

_____
Hon. Anna J. Brown
U. S. DISTRCT COURT JUDGE

PRESENTED BY:

s/_____
Richard A. Sly    OSB #63074
Attorney for Plaintiff